JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
ANN H. MCGLENON, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MAURELIO RICO-RIOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MAURELIO RICO-RIOS, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:12-cr-0232 AWI <br><br> STIPULATION TO ADVANCE SENTENCING HEARING; ORDER <br><br> Date:  February 25, 2013 <br> Time:  10:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for March 4, 2013, **may be advanced to February 25, 2013, at 10:00 a.m.**

The parties have agreed to set the matter for sentencing on February 25, 2013.

///
///
///
///
///
///
///

|   |   |   |
|---|---|---|
| 1 |  | BENJAMIN B. WAGNER |
| 2 |  | United States Attorney |

Dated: February 14, 2013                    By:     /s/ *Megan A.S. Richards*
                                                    MEGAN A.S. RICHARDS
                                                    Assistant U.S. Attorney
                                                    Attorney for Plaintiff


                                                    JOSEPH SCHLESINGER
                                                    Acting Federal Public Defender


Dated: February 14, 2013                    By:     /s/ *Ann H. McGlenon*
                                                    ANN H. MCGLENON
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    Maurelio Rico-Rios


**O R D E R**

IT IS SO ORDERED.

Dated:   February 15, 2013                  _____
                                            SENIOR  DISTRICT  JUDGE