1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  ANN H. MCGLENON, Bar #100433
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  MAURELIO RICO-RIOS

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )
                                     )   Case No. 1:12-cr-0232 AWI
12            *Plaintiff,*           )
                                     )   STIPULATION TO ADVANCE SENTENCING
13     v.                            )   HEARING;  ORDER
                                     )
14 MAURELIO RICO-RIOS,               )   Date:   February 25, 2013
                                     )   Time:   10:00 a.m.
15            *Defendant.*           )   Judge:  Hon. Anthony W. Ishii
   _____   )
16

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel that the sentencing hearing in the above-captioned matter now set for March 4, 2013, **may be**

20 **advanced to February 25, 2013, at 10:00 a.m.**

21      The parties have agreed to set the matter for sentencing on February 25, 2013.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

|   |   |   |
|---|---|---|
| 1 |   | BENJAMIN B. WAGNER |
| 2 |   | United States Attorney |
| 3 | Dated: February 14, 2013 | By: /s/ *Megan A.S. Richards* |
|   |   | MEGAN A.S. RICHARDS |
| 4 |   | Assistant U.S. Attorney |
|   |   | Attorney for Plaintiff |

JOSEPH SCHLESINGER
Acting Federal Public Defender

Dated: February 14, 2013          By:     /s/ *Ann H. McGlenon*
                                              ANN H. MCGLENON
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              Maurelio Rico-Rios

**O R D E R**

IT IS SO ORDERED.

Dated:    February 15, 2013

_____
SENIOR  DISTRICT  JUDGE

Rico-Rios Stipulation to Advance
Sentencing Hearing                                    2